# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E-200405-C-0363-00-se
EEOC # 37A-A4-6505

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

**COMPLAINANT'S NAME** (Indicate Mr. or Ms.)
WILLOUGHBY, Laurice Jean (Ms.)

**ADDRESS**: 2900 Tori Court
**TELEPHONE NUMBER** (INCLUDE AREA CODE): (209) 358-5870

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Atwater | CA | 95301 | Merced | 047 |

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

**NAME**: Merced, County of: Sheriff's Department
**ADDRESS**: 2222 M Street
**TELEPHONE NUMBER** (INCLUDE AREA CODE): (209) 395-7576

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Merced | CA | 95340 | Merced | 047 |

**CAUSE OF DISCRIMINATION BASED ON** (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☒ SEX  ☐ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT |
|---|---|---|
| 00140 | 5/18/04 | 92 |

**THE PARTICULARS ARE:**

I. Beginning in approximately January 2002 and continuous to date, I have been subjected to disparate treatment (denied requested days off, denied desired shifts) while performing my duties as a Correctional Officer II. I have been employed since June 1986.

II. I have been given various reasons for the denial of equal treatment.

III. I believe I have been discriminated against due to my sex-Female. My beliefs are based on the following:

   A. Beginning in approximately January 2002 and continuous to date, I have been subjected to disparate treatment (denied requested days off and desired shifts). Investigation will reveal male correctional officers have routinely been provided these opportunities.

SEP 13 2004
DEPT. OF FAIR EMPLOYMENT & HOUSING
FRESNO DISTRICT OFFICE

☒ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 9/9/04

At _____ City

COMPLAINANT'S SIGNATURE

DFEH-300-01 (12/99)   F:GR
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: SEP 1 3 2004

STATE OF CALIFORNIA



**U.S. Departme.. of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 1415

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

August 29, 2005

Ms. Laurice J. Willoughby
2900 Tori Ct.
Atwater, CA  95301

Re: EEOC Charge Against Merced County Sheriff's Office
    No. 37A200406505

Dear Ms. Willoughby:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Brad Schlozman
Acting Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

1320 E. Shaw, Suite 150, Fresno, CA 93710
(559) 244-4760 TTY (800) 700-2320 Fax (559) 244-4819
www.dfeh.ca.gov



July 22, 2005

LAURICE JEAN WILLOUGHBY
2900 Tori Ct.
Atwater, CA 95301

RE: E200405C0363-00-se/37AA406505
WILLOUGHBY/MERCED, COUNTY OF, SHERIFF'S DEPT

Dear LAURICE JEAN WILLOUGHBY:

### NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 22, 2005.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Geraldine Reyes*

Geraldine Reyes
District Administrator

cc:   Case File

Robert Morris
Human Resources
MERCED, COUNTY OF, SHERIFF'S DEPT
2222 M St.
Merced, CA   95340

DFEH-200-08e (04/03)
CDAVISFL

\*\*\* EMPLOYMENT \*\*\*

| **COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT** | DFEH # <br> EEOC # |
|---|---|

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC**

COMPLAINANT'S NAME (Indicate Mr. or Ms.)
GRIGGS, Lora Alene (Ms.)

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| 16638 Monrial Road | (559) 645-0876 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Madera | CA | 93638 | Madera | 039 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Merced, County of ; Sheriff's Department

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| 2222 M Street | (209) 395-7576 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Merced | CA | 95340 | Merced | 047 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE ☑ SEX ☐ DISABILITY ☐ RELIGION ☐ NATIONAL ORIGIN/ANCESTRY ☐ DENIAL OF FAMILY/MEDICAL LEAVE ☐ SEXUAL ORIENTATION
☐ COLOR ☐ AGE ☐ MARITAL STATUS ☐ MEDICAL CONDITION (cancer or genetic characteristics) ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT |
|---|---|---|
| 00140 | 5/18/04 | 94 |

THE PARTICULARS ARE:

I. Beginning in approximately September 2003 and continuous to date, I have been subjected to disparate treatment (denied requested days off, reasonable accommodation, opportunity to be in charge and denied desired shifts) while performing my duties as a Correctional Officer II. On September 3, 2004, I was denied a step increase. I have been employed since October 13, 1998.

II. I have been given various reasons for the denial of equal treatment. Date Patrowski, Administrative Assistant stated I would not be receiving a step increase because I was out and not able to work.

III. I believe I have been subjected to disparate treatment due to my sex-Female and denied a step increase due to my disability. My beliefs are based on the following:

   A. Beginning in approximately September 2003 and continuous to date, I have been subjected to disparate treatment (denied requested days off, reasonable accommodation- light duty, opportunity to be in charge and denied desired shifts). Investigation will reveal male correctional officers have routinely been provided these opportunities.

   B. On September 3, 2004, I was notified by Dale Patrowski I would not be receiving my step increase because I was out (medical leave) and not able to work.

☑ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated _____

At _____
      City

COMPLAINANT'S SIGNATURE

DATE FILED: _____

DFEH-300-01 (12/99)    F:GR
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING      STATE OF CALIFORNIA

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 2566

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

Ms. Lora A. Griggs
16638 Monrial Rd.
Madera, CA  93638

August 29, 2005

Re: EEOC Charge Against Merced County Sheriff's Dept.
    No. 37A200506027

Dear Ms. Griggs:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Brad Schlozman
                              Acting Assistant Attorney General
                                  Civil Rights Division
                         by
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: San Francisco District Office, EEOC
    Merced County Sheriff's Dept.



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICE     NCY                                                   ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1320 E. Shaw, Suite 150, Fresno, CA 93710
(559) 244-4760  TTY (800) 700-2320  Fax (559) 244-4819
www.dfeh.ca.gov



July 22, 2005


Jack Weisberg
Attorney

844 N. Van Ness
Fresno, CA 93728

RE:   E200405C0485-00-se/37AA506027
      <u>GRIGGS/MERCED, COUNTY OF, SHERIFF'S DEPARTMENT</u>

Dear Jack Weisberg:

### NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 21, 2005.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.



REC'D JUL 2 6 2005

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Geraldine Reyes*

Geraldine Reyes
District Administrator


cc:   Case File




Robert Morris
Human Resource Manager
MERCED, COUNTY OF, SHERIFF'S DEPARTMENT
2222 M Street
Merced, CA  95340

DFEH-200-08e (04/03)
CDAVISFL

# \* \* \* EMPLOYMENT \* \* \*

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # _____

EEOC # _____

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC**

COMPLAINANT'S NAME (indicate Mr. or Ms.)
RISTINE, Erin K.

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 260606 Oakhill Road | | | | (559) 673-3955 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Madera | CA | 93638 | Madera | 034 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Merced, County of ; Sheriff's Department

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 2222 M Street | | | | (209) 395-7576 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Merced | CA | 95340 | Merced | 034 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☒ SEX  ☐ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT |
|---|---|---|
| 00140 | TOOK PLACE (month, day, and year) 5/18/04 | 92 |

THE PARTICULARS ARE:

I. Beginning in approximately September 2003 and continuous to date, I have been subjected to disparate treatment (denied requested days off, light duty, opportunity to be in charge and ability to work desired shifts) while performing my duties as a Correctional Officer III. I have been employed since March 1, 1990

II. I have been given various reasons for the denial of equal treatment.

III. I believe I have been discriminated against due to my sex-Female. My belief are based on the following:

   A. Beginning in approximately September 2003 and continuous to date, I have been subjected to disparate treatment (denied requested days off, light duty, opportunity to be in charge, and ability to work desired shifts). Investigation will reveal male correctional officers have routinely been provided these opportunities.

☒ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated _____

At _____
  City

COMPLAINANT'S SIGNATURE _____

DFEH-300-01 (12/99)   F:GR
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: _____

STATE OF CALIFORNIA

**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 2627

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

August 29, 2005

Ms. Erin K. Ristine
260606 Oakhill Rd.
Madera, CA 93638

Re: EEOC Charge Against Merced County Sheriff's Dept.
No. 37A200406510

Dear Ms. Ristine:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Brad Schlozman
Acting Assistant Attorney General
Civil Rights Division

by *[signature]*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
    Merced County Sheriff's Dept.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

1320 E. Shaw, Suite 150, Fresno, CA 93710
(559) 244-4760 TTY (800) 700-2320 Fax (559) 244-4819
www.dfeh.ca.gov



July 22, 2005

ERIN K. RISTINE
260606 Oakhill Rd.
Madera, CA 93638

RE:   E200405C0372-00-se/37AA406510
      <u>RISTINE/MERCED, COUNTY OF, SHERIFF'S DEPT</u>

Dear ERIN K. RISTINE:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 21, 2005.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Geraldine Reyes*

Geraldine Reyes
District Administrator

cc:   Case File

Robert Morris
Human Resources
MERCED, COUNTY OF, SHERIFF'S DEPT
2222 M St.
Merced, CA 95340

DFEH-200-08e (04/03)
CDAVISFL

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E-200405-C-0371-00-se |
|---|---|---|
| | EEOC # | 37A-A4-6509 |

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC**

COMPLAINANT'S NAME (indicate Mr. or Ms.)
SOFRANEK, Pamela Diane

ADDRESS: 5482 Bear Creek Drive
TELEPHONE NUMBER (INCLUDE AREA CODE): (209) 374-3456

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Catheys Valley | CA | 95306 | Mariposa | 043 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: Merced, County of: Sheriff's Department

ADDRESS: 2222 M Street
TELEPHONE NUMBER (INCLUDE AREA CODE): (209) 395-7576

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Merced | CA | 95340 | Merced | 047 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☒ SEX  ☐ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT |
|---|---|---|
| 00140 | 5/18/04 | 92 |

THE PARTICULARS ARE:

I. Beginning in approximately September 2002 and continuous to date, I have been subjected to disparate treatment (acting Sargeant duty, out of class pay and desired shifts) while performing my duties as a Correctional Officer III. I have been employed since August 1989.

II. I have been given various reasons for the denial of equal treatment.

III. I believe I have been discriminated against due to my sex-Female. My beliefs are based on the following:

   A. Beginning in approximately September 2002 and continuous to date, I have been subjected to disparate treatment (acting Sargeant duty, out of class pay and desired shifts). Investigation will reveal male correctional officers have routinely been provided these opportunities.

   B. In April 2004, I was notified I would be not receiving the out of class pay because I had not filed a timely internal complaint.

RECEIVED SEP 20 2004

☒ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 9-16-04

At Merced County Employ__ Catheys Valley
    City

COMPLAINANT'S SIGNATURE: Pamela Diane Sofranek

DFEH-300-01 (12/99)  F:GR
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: SEP 20 2004

STATE OF CALIFORNIA



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 2641

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Ms. Pamela D. Sofranek
5482 Bear Creek Dr.
Cathey's Valley, CA  95306

August 29, 2005

Re: EEOC Charge Against Merced County Sheriff's Dept.
    No. 37A200406509

Dear Ms. Sofranek:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Brad Schlozman
Acting Assistant Attorney General
Civil Rights Division

by

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
    Merced County Sheriff's Dept.



TOTAL P.01

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                          ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1320 E. Shaw, Suite 150, Fresno, CA 93710
(559) 244-4760 TTY (800) 700-2320 Fax (559) 244-4819
www.dfeh.ca.gov



July 22, 2005

PAMELA DIANE SOFRANEK
5482 Bear Creek Dr.
Cathey's Valley, CA 95306

RE:  E200405C0371-00-se/37AA406509
     SOFRANEK/MERCED, COUNTY OF, SHERIFF'S DEPT

Dear PAMELA DIANE SOFRANEK:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 22, 2005.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Geraldine Reyes*

Geraldine Reyes
District Administrator


cc:   Case File


Robert Morris
Human Resources
MERCED, COUNTY OF, SHERIFF'S DEPT
2222 M St.
Merced, CA 95340

DFEH-200-08a (04/03)
CDAVISFL

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E-200405-C-0366-00-rse

EEOC # 37A-A4-6508

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC**

| COMPLAINANT'S NAME (indicate Mr. or Ms.) | | | | |
|---|---|---|---|---|
| O'BRYANT, Denise Kay (Ms.) | | | | |
| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
| 30593 Heather | | | | (559) 661-1872 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Madera | CA | 93638 | Madera | 039 |

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

| NAME | | | | |
|---|---|---|---|---|
| Merced, County of: Sheriff's Department | | | | |
| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
| 2222 M Street | | | | (209) 395-7576 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Merced | CA | 95340 | Merced | 047 |

**CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])**

☐ RACE    ☒ SEX    ☐ DISABILITY    ☐ RELIGION    ☐ NATIONAL ORIGIN/ANCESTRY    ☐ DENIAL OF FAMILY/MEDICAL LEAVE    ☐ SEXUAL ORIENTATION
☐ COLOR    ☐ AGE    ☐ MARITAL STATUS    ☐ MEDICAL CONDITION (cancer or genetic characteristics)    ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT |
|---|---|---|
| 00140 | TOOK PLACE (month, day, and year) 5/18/04 | 92 |

**THE PARTICULARS ARE:**

I. Since 1999 and continuous to date, I have been subjected to disparate treatment (denied time off, desired shifts/assignments, differential staffing requirements) while performing my duties as a Correctional Officer II. I have been employed since August 2, 1999.

II. I have been given various reasons for the denial of equal treatment.

III. I believe I have been discriminated against due to my sex-Female. My beliefs are based on the following:

A. Since 1999 and continuous to date, I have been subjected to disparate treatment (denied time off, desired shifts/assignments, differential staffing requirements). Investigation will reveal male correctional officers have routinely been provided these opportunities.

RECEIVED
SEP 16 2004

☒ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated   09-14-04

At   Madera
         City

COMPLAINANT'S SIGNATURE: Denise K O'Bryant

DFEH-300-01 (12/99)    F:GR
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: SEP 16 2004

STATE OF CALIFORNIA



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 1408

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Ms. Denise Kay O'Bryant
30593 Heather
Madera, CA 93638

August 29, 2005

Re: EEOC Charge Against Merced County Sheriff's Dept.
No. 37A200406508

Dear Ms. O'Bryant:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Brad Schlozman
Acting Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

1320 E. Shaw, Suite 150, Fresno, CA 93710
(559) 244-4760 TTY (800) 700-2320 Fax (559) 244-4819
www.dfeh.ca.gov



July 22, 2005

DENISE KAY O'BRYANT
30593 Heather
Madera, CA 93638

RE:  E200405C0366-00-rse/37AA406508
     O'BRYANT/MERCED, COUNTY OF, SHERIFF'S DEPT

Dear DENISE KAY O'BRYANT:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 22, 2005.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Geraldine Reyes*
Geraldine Reyes
District Administrator

cc:   Case File

Robert Morris
Human Resources
MERCED, COUNTY OF, SHERIFF'S DEPT
2222 M St.
Merced, CA 95340

DFEH-200-08e (04/03)
CDAVISFL