1  Patience Milrod, SBN 77466
   THE LAW OFFICE OF PATIENCE MILROD
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-3111
   Facsimile: (559) 442-3164
4
   Jacob M. Weisberg, SBN 049065
5  THE LAW OFFICE OF JACOB M. WEISBERG
   844 N. Van Ness Avenue
6  Fresno, CA  93728
   Telephone: (559) 441-0201
7  Facsimile: (559) 442-3164

8  Attorneys for Plaintiffs: ERIN K. RISTINE, LAURICE J. WILLOUGHBY, PAMELA D.
   SOFRANEK, DENISE KAY O'BRYANT, LORA A. GRIGGS, EVELYN ADAMS, and ALICIA M.
9  ROMERO

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIN K. RISTINE, LAURICE J. WILLOUGHBY, PAMELA D. SOFRANEK, DENISE KAY O'BRYANT, LORA A. GRIGGS, EVELYN ADAMS, and ALICIA M. ROMERO, | CASE NO.: 05-CV-01501-REC-LJO |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER TO RESET MANDATORY SCHEDULING CONFERENCE |
| v. | |
| COUNTY OF MERCED and MARK N. PAZIN, Merced County Sheriff, | |
| Defendants. | |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL that the Mandatory Scheduling Conference currently scheduled for December 15, 2006 be rescheduled to April 6, 2007 for the reasons set forth in the attached declaration of Jacob M. Weisberg, one of the attorneys for the plaintiffs.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 30, 2006        LAW OFFICE OF JACOB M. WEISBERG

                                                   /s/ Jacob M. Weisberg_____
                                                  Jacob M. Weisberg, Attorney for Plaintiffs

Dated: November 30, 2006        LAW OFFICE OF PATIENCE MILROD

                                                   /s/ Patience Milrod_____
                                                  Patience Milrod, Attorney for Plaintiffs

Dated: December 1, 2006         COUNTY OF MERCED


                                                  By: _____/s/ Terrance Cassidy_____
                                                         Terrance Cassidy, Attorney for Defendants

### **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED:


Dated: __December 5, 2006_        _/s/ OLIVER W. WANGER_____
                                                     OLIVER W. WANGER
                                                     U.S. DISTRICT JUDGE

05cv1501.stip.cont.sched.doc

PDF created with pdfFactory trial version www.pdffactory.com