# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA A. GRIGGS, et al., | CASE NO. CV F 05-1501 LJO TAG |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| COUNTY OF MERCED, et al, | |
| Defendants. | |

Plaintiffs' counsel informed this Court that settlement has been reached. **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 18, 2007, to file papers to dismiss this action in its entirety.**

**All court dates**, including the April 6, 2007 scheduling conference, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   March 28, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                                        UNITED STATES DISTRICT JUDGE