IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA A. GRIGGS, et al., CARE DISTRICT, | CASE NO. CV F 05-1501 LJO TAG |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| COUNTY OF MERCED, et al., | |
| Defendants. / | |

This Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   May 4, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1