Patience Milrod, SBN 77466
THE LAW OFFICE OF PATIENCE MILROD
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-3111
Facsimile: (559) 442-3164

Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorneys for Plaintiffs:  ERIN K. RISTINE, LAURICE J. WILLOUGHBY, PAMELA D. SOFRANEK, DENISE KAY O'BRYANT, LORA A. GRIGGS, EVELYN ADAMS, and ALICIA M. ROMERO

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN K. RISTINE, LAURICE J. WILLOUGHBY, PAMELA D. SOFRANEK, DENISE KAY O'BRYANT, LORA A. GRIGGS, EVELYN ADAMS, and ALICIA M. ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED and MARK N. PAZIN, Merced County Sheriff,<br><br>Defendants. | CASE NO.: 05-CV-01501-LJO<br><br>NOTICE OF DISMISSAL and ORDER<br>[F.R.Civ.P., Rule 41(a)(1)(i)] |

ENCE MILROD, and give

notice that the plaintiffs hereby dismiss with prejudice the entire action and all claims and causes of action related thereto, all parties to bear their own costs and attorneys' fees.

Dated:  May 4, 2007                    LAW OFFICE OF JACOB M. WEISBERG


                                       /s/ Jacob M. Weisberg
                                       Jacob M. Weisberg, Attorney for Plaintiffs

-1-

05cv1501.dismissal.wpd

1

2  Dated: May 4, 2007                    LAW OFFICE OF PATIENCE MILROD

3                                                  /s/ Patience Milrod
                                          Patience Milrod, Attorney for Plaintiffs
4

5                                              ORDER

6     Good cause appearing, it so ordered.  This action is dismissed with prejudice, and the clerk is
   directed to close this action.
7

8  IT IS SO ORDERED.

9
   **Dated:    May 4, 2007                /s/ Lawrence J. O'Neill**
10                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

05cv1501.dismissal.wpd